AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

**OFFENSE CHARGED**

Title 18, United States Code, Section 970(b)(1)(A) -
Protection of Property Occupied by Foreign Governments
(Class B Misdemeanor)

☐ Petty
☐ Minor
☒ Misdemeanor
☐ Felony

PENALTY:
Imprisonment: Max. 6 months
Probation: Max. 5 years
Fine: Max. $5,000
Special Assessment: $10

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

**DEFENDANT - U.S**

▶ Matthew Brandes Brinkerhoff

DISTRICT COURT NUMBER
CR 16 318

**MAG**

---

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)
Diplomatic Security Service

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form   BRIAN J. STRETCH
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   WILLIAM J. EDELMAN

**DEFENDANT**

IS *NOT* IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☐ On this charge
5) ☐ On another conviction      } ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution _____

Has detainer  ☐ Yes  } If "Yes" give date filed _____
been filed?   ☐ No

DATE OF ARREST ▶  Month/Day/Year _____
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶  Month/Day/Year _____

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT     Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____   Before Judge: _____

Comments:

1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2

3  DAVID R. CALLAWAY (CABN 121782)
   Chief, Criminal Division
4
   WILLIAM J. EDELMAN (CABN 285177)
   Special Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7265
7       FAX: (415) 436-7234
        william.edelman@usdoj.gov
8
   Attorneys for the United States of America
9
                        UNITED STATES DISTRICT COURT
10
                       NORTHERN DISTRICT OF CALIFORNIA
11
                              SAN FRANCISCO DIVISION
12

13  UNITED STATES OF AMERICA,            )   CASE NO.  CR 16  318
                                         )
14         Plaintiff,                    )
                                         )   VIOLATION: 18 U.S.C. § 970(b)(1)(A) – Protection
15     v.                                )   of Property Occupied by Foreign Governments (Class
                                         )   B Misdemeanor)
16  MATTHEW BRANDES BRINKERHOFF,         )
                                         )   SAN FRANCISCO VENUE
17         Defendant.                    )
                                         )
18                                       )
                                         )
19                                       )

20

21                                    INFORMATION

22  The United States Attorney charges:

23  COUNT ONE: (18 U.S.C. § 970(b)(1)(A) – Protection of Property Occupied by Foreign Governments)

24         On or about June 25, 2016, in the Northern District of California, the defendant,

25                            MATTHEW BRANDES BRINKERHOFF,

26  knowingly, willfully and with the intent to intimidate, threaten and harass, did thrust a glass bottle upon

27  a premises within the United States used and occupied for diplomatic, consular, and residential purposes

28  INFORMATION

by a foreign government, specifically, the courtyard of the Chinese Consulate in San Francisco, in violation of Title 18 of the United States Code, Section 970(b)(1)(A), a Class B Misdemeanor.

DATED: July 19, 2016

BRIAN J. STRETCH
United States Attorney

DANIEL KALEBA
Chief, General Crimes

(Approved as to form: _____)
WILLIAM J. EDELMAN
Special Assistant United States Attorney

INFORMATION

2