**DOUGLAS I. HORNGRAD**
**Attorney at Law**
(State Bar No. 95086)
Maybeck Building Four
1736 Stockton Street
San Francisco CA 94133-2926
Phone: (415) 397-9509
Facsimile: (415) 397-9519

Attorney for Defendant
**MATTHEW BRINKERHOFF**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 3:16-CR-00285: |
| Plaintiff, ) | [~~PROPOSED~~] ORDER AND STIPULATION |
| v. ) | |
| MATTHEW BRINKERHOFF, ) | |
| Defendant. ) | |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the status conference, presently scheduled at 10:30 a.m. on September 23, 2016, before the Honorable Joseph C. Spero, be rescheduled for October 7, 2016 at 10:30 a.m. The parties agree and stipulate that defense counsel needs time to meet with his client to go over discovery in the case.

Undersigned defense counsel represents that he has emailed with his client, and he agrees to the continuance.

The parties agree, and the Court finds and holds that the defendant needs time for effective preparation of counsel, and to provide the defendant an opportunity to review discovery and prepare the case for further disposition.

//

1  IT IS SO STIPULATED:

2  DATE: September 22, 2016          _____/s/_____
3                                    DOUGLAS I. HORNGRAD
                                     Attorney for Defendant Matthew Brinkerhoff
4

5  DATE: September 22, 2016          _____/s/_____
                                     WILLIAM J. EDELMAN
6                                    Special Assistant United States Attorney

[~~PROPOSED~~] ORDER

The Court HEREBY ORDERS the status hearing scheduled for September 23, 2016 to be moved to October 7, 2016.

**IT IS SO ORDERED.**

DATED: __September 26, 2016__       _____
                                                                HON. JOSEPH C. SPERO
                                                                United States District Judge