# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA
PROBATION OFFICE
280 South First Street, Suite 106
San Jose, CA 95113-3002
TEL: (408) 535-5200
FAX: (415) 581-7430

**YADOR J. HARRELL**
*CHIEF U.S. PROBATION OFFICER*

**VERONICA RAMIREZ**
*DEPUTY CHIEF U.S. PROBATION OFFICER*



**JAMES SCHLOETTER**
*ADMINISTRATIVE MANAGER*

**NOEL BELTON**
*ASST. DEPUTY CHIEF U.S. PROBATION OFFICER*

April 27, 2018

The Honorable Joseph C. Spero
Chief United States Magistrate Judge

Re:  U.S. v. Matthew Brandes Brinkerhoff
     Docket No:  0971 3:16CR00318-001 JCS
     **TRAVEL REQUEST**

Your Honor:

On August 11, 2017, the offender was sentenced by Your Honor to three years probation, for a violation of the following:  Count One: Protection of Property Occupied by Foreign Governments, 18 U.S.C. § 970(b)(1)(A), a Class B Misdemeanor. The following special conditions of supervision were ordered: $10 special assessment; $500 fine; testing and treatment for alcohol abuse; abstain from all alcoholic beverages. Supervision commenced on August 11, 2017.

Mr. Brinkerhoff is requesting permission to travel to George Town, Cayman Islands, from May 23, 2018 to June 3, 2018, for a friend's wedding. Mr. Brinkerhoff has paid his special assessment and fine in full.  He is also in compliance with all other conditions of supervision. This will be his first international travel request while on supervised release.

It is recommended travel be approved. It is also requested the Court provide the probation office with the discretion to approve any changes in travel dates, if necessary.

Respectfully submitted,

*Amy J Rizor*

_____
Amy Rizor
Supervisory U.S. Probation Officer

Reviewed by:

*Amy J Rizor for*

_____
Veronica Ramirez
Deputy Chief U.S. Probation Officer

NDC-SUPV-FORM-046 06/01/2015

**RE:**    Brinkerhoff, Matthew Brandes                                                        2
            0971 3:16CR00318-001 JCS

Travel is:
☒ Approved
☐ Denied


April 27, 2018                                  _____
Date                                            Joseph C. Spero
                                                Chief United States Magistrate Judge